No. 03–7679. COLVIN v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7683. LIGON v. BERRY, SHERIFF, LUMPKIN COUNTY, GEORGIA, ET AL. Ct. App. Ga. Certiorari denied.

No. 03–7684. LEWIS v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7688. MONTOYA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7693. NEVITT v. CHAPEL ET UX. (two judgments). Ct. App. N. M. Certiorari denied.

No. 03–7700. STUMPF v. ALASKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7703. SUTTLES v. SOUTHEASTERN HEALTH FACILITIES, DBA MOUNTAIN VIEW MANOR, ET AL. Ct. App. N. C. Certiorari denied.

No. 03–7707. WRIGHT v. HAVILAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7708. WHITFIELD v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–7710. ORMISTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7716. BURNES v. AT&T CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–7717. WILKES v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7718. WALLACE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 03–7720. KING v. TOWN OF WAYNESVILLE, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.